JOSEPH P. SWIATKOWSKI, an Infant, by His Guardian ad Litem,
JOSEPH SWIATKOWSKI, et al., Respondents, v. BOARD OF EDUCATION OF THE
CITY OF BUFFALO, Appellant.—

686

Present — Del Vecchio, J. P., Marsh, Witmer, Gabrielli and Moule, JJ.